

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00280-CR

Driss **NASSOURI**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2608
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The court reporter has filed a notification of late reporter's record, requesting an extension to August 10, 2015. We GRANT her request and ORDER her to file the reporter's record on or before August 10, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court